# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY COOK,<br><br>                Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>                Defendant. | 8:18CV237<br><br>ORDER |

      This matter comes before the Court on the Joint Motion to Extend Expert Deadlines for (Filing No. 15). Upon review of the motion, the Court finds good cause to grant the requested expert-related disclosure deadlines. Accordingly,

      **IT IS ORDERED** that the Joint Motions to Extend Expert Deadlines is granted, and the expert deadlines in the Court's previous Order (Filing No. 14) are extended as follows:

1. Each plaintiff, counter-claimant, and cross-claimant shall identify expert witnesses by **February 28, 2019,** and shall serve expert reports by **March 15, 2019**. Each defendant, counter-defendant, and cross-defendant shall identify expert witnesses by **April 1, 2019**, and shall serve expert reports by **April 16, 2019**.

2. Motions in limine challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702, *see Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999), and *Daubert v. Merrell-Dow Pharmaceuticals*, 509 U.S. 579 (1993), shall be filed by **June 3, 2019**, and accompanied by a request for a hearing if necessary. Failure to timely move for a hearing may constitute waiver of the request for a hearing.

Dated this 19th day of February, 2019.

                                                    BY THE COURT:

                                                    s/ Michael D. Nelson<br>
                                                    United States Magistrate Judge